**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

A. Michael Weber
212.583.2660 direct
212.583.9600 main
mweber@littler.com

March 17, 2016

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Room 240
New York, New York 10007

    Re:    *Lisa Niren v. Peloton Interactive, Inc.*, et al.
             15-cv-09517 (VEC)

Dear Judge Caproni:

We represent the Defendants in the above-referenced matter.

Pursuant to the January 15, 2016 Order (Dkt. 16), we write to report that the parties resolved the matter in principle at a settlement conference on March 14, 2016, before Chief U.S. Magistrate Judge Debra Freeman.  The parties respectfully request thirty days to move for approval of the settlement, and that all other deadlines be adjourned *sine die*.

We thank the Court for its consideration.

Respectfully submitted,

/s/ A. Michael Weber

A. Michael Weber


cc:    Matthew Brown, Esq. (by ECF)
        John Harras, Esq. (by ECF)
        Joshua Hurwit, Esq. (by ECF)